

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00109-CV

EMMA PEREZ TREVINO, CARLOS SANCHEZ, THE MCALLEN MONITOR, MARCI CALTABIANO-PONCE, VALLEY MORNING STAR, AND AIM MEDIA TEXAS, LLC
v.
MARK A. CANTU

On Appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-2063-15-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered, in part and REMANDED, in part. The Court orders the judgment of the trial court REVERSED and RENDERS an order granting appellants' motion to dismiss. The Court further REMANDS this cause for further proceedings consistent with the Court's opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

February 2, 2017